UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MONTEZ SALAMASINA TUIA OTTLEY,** :
:
    **Plaintiff,** :
:
v. : Civil Action No. 06-1415 (GK)
:
**JOHN RATHMAN** :
**Warden ,** :
:
    **Defendant.** :
_____:

### ORDER TO SHOW CAUSE

On August 9, 2006, Plaintiff, proceeding pro se, filed a petition for writ of habeas corpus in this Court. Plaintiff states in her Complaint that "at all relevant times herein mentioned," she was "living in and about the County of Oahu, State of Hawaii." Compl. ¶ 1. Plaintiff is currently incarcerated in the Women's Community Correctional Center in Oahu, Hawaii. Finally, Defendant John Rathman is the Warden at the United States Federal Detention Center in Oahu, Hawaii. Id. Accordingly, it is this 11th day of August, 2006 hereby

**ORDERED**, that, no later than **September 15, 2006,** Plaintiff must show cause, if any, why this case should not be transferred to the United States District Court for the District of Hawaii; and it is further

**ORDERED**, that if Plaintiff fails to do so, this case shall be transferred to the United States District Court for the District of Hawaii.

_____        _____

August 11, 2006                         /s/_____
                                        Gladys Kessler
                                        United States District Judge

**Copies To: Attorneys of record via ECF and**

**MONTEZ SALAMASINA TUIA OTTLEY**
**R87604-022**
**A0162331 Solitary Confinement**
**Women's Community Correctional Center - Custodian**
**42-477 Kalanianaole Highway**
**Kailua Oahu, HI 96734**
**US**