UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MONTEZ SALAMASINA TUIA OTTLEY,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1415 (GK) |
| **JOHN RATHMAN** Warden , | : |
| Defendant. | : |

### ORDER TO TRANSFER

On August 9, 2006, Plaintiff, proceeding pro se, filed a petition for writ of habeas corpus in this Court. Plaintiff stated in her Complaint that "at all relevant times herein mentioned," she was "living in and about the County of Oahu, State of Hawaii." Compl. ¶ 1. Plaintiff is currently incarcerated in the Women's Community Correctional Center in Oahu, Hawaii. Finally, Defendant John Rathman is the Warden at the United States Federal Detention Center in Oahu, Hawaii. Id.

On the August 11, 2006, this Court ordered Plaintiff to show cause why Plaintiff's case should not be transferred to the United States District Court for the District of Hawaii. Plaintiff's Verified Response to Order to Show Cause [#3], filed August 16, 2006, fails to provide any reason why this Court should not transfer Plaintiff's action. Accordingly, it is this 21st day of August, 2006 hereby

**ORDERED**, that this case shall be transferred to the United States District Court for the District of Hawaii.

August 21, 2006

/s/
Gladys Kessler
United States District Judge

**Copies To: Attorneys of record via ECF and**

**MONTEZ SALAMASINA TUIA OTTLEY**
**R87604-022**
**A0162331 Solitary Confinement**
**Women's Community Correctional Center - Custodian**
**42-477 Kalanianaole Highway**
**Kailua Oahu, HI 96734**
**US**