# ORIGINAL

Montez Salamasina Tuia: Ottley – Federal Detainee # 87604-022
A0162331 – Solitary Confinement
C/O Women's Community Correctional Center - Custodian
42-477 Kalanianaole Highway
Kailua, Oahu, Hawaii 96734
Tel: (808) 266-9580

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Montez Salamasina Tuia: Ottley | ) | Civil No. 06-1415 (GK) |
| | ) | |
| Plaintiff, | ) | |
| | ) | OBJECTION TO ORDER TO TRANSFER |
| v. | ) | CASE DATED AUGUST 21, 2006 AND |
| | ) | REQUEST FOR AN ORDER TO |
| JOHN RATHMAN AS WARDEN FOR | ) | REINSTATE RE: COMPLAINT AND |
| THE UNITED STATES OF AMERICA | ) | SUMMONS, TO ISSUE IN THE NATURE |
| FEDERAL DETENTION CENTER – 351 | ) | OF A § 16-1901 *et seq.* OF THE DISTRICT |
| ELLIOTT ST., HONOLULU HAWAII, | ) | OF COLUMBIA CODE FOR A WRIT OF |
| Tel: (808) 838-4200, | ) | HABEAS CORPUS, EXHIBIT "A" |
| | ) | |
| Defendant. | ) | JUDGE: GLADYS KESSLER |
| | ) | |

## OBJECTION TO ORDER TO TRANSFER CASE
## DATED AUGUST 21, 2006 AND REQUEST FOR AN ORDER TO REINSTATE

Plaintiff (hereinafter "Me", "My", "Myself", "Mine", and/or "I") hereby objects to Court's August 21, 2006 order to transfer case ("Order"), and request that Court reconsider the gravity of My situation and issue its order to reinstate case for final settlement and closure. This objection is based on the grounds that:

1. The above-entitled complaint and summons ("Complaint") was filed within the realm of this Court's original jurisdiction in order for Me to acquire Court's neutral forum per its District Code §§ 16-1901 *et seq.* ("Rule"), as the Rule will expedite relief via this Court "in the nature of" its writ of habeas corpus ("Writ"), facilitating both Court and Complaint on the issue as to whether a warrant of commitment and indictment exists to

**RECEIVED**
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. I did not file the Complaint in the United States District Court for the District of Hawaii ("DC of Hawaii") because of its, and its staff of judges and magistrate's extreme prejudicial treatment of Me as noted of record, as well as their irregular proceedures and concerted disobedience to the Rules/orders of law, nor did I submit an alternative request for Court to transfer My action for the benefit of Defendant and his cohorts.

3. Order overlooks the fact that I am being unlawfully held within one of this Court's District detention centers and am restrained from My lawful liberty in violation of the Rule per § 16-1901(a).

4. Rule's § 16-1901(b) mandates that petitions for writs directed to Federal officers and employees "**shall**" be filed in this Court, perhaps to expose all semblance of fraud and malversation of charge of office. Emphasis mine.

5. Order overlooked the fact that the above-entitled Defendant removed Me from the place I was detained for the purpose to evade or not obey a Writ per § 16-1903(1)(2).

6. Order overlooked the fact that I had demanded a true copy of the warrant of commitment or detainer from Defendant to no avail, and that Defendant, et al, owe Me a sum certain in accord with Court's Rule § 16-1905, which must be settled by order before a wrongful transfer should occur.

7. Attached hereto as Exhibit "A" is a correct and true copy of My most recent August 9, 2006 communication addressed to Warden Eric Tanaka of the Women's Community Correctional Center demanding that he provide Me a copy of My warrant of commitment and copy of the Bureau of Prison's Transfer Order, which to date has yet to be acted on in accord with Court's Rule § 16-1905.

8. Unless the above-entitled Judge would also transfer with this case to the DC of Hawaii to hear out this matter as the principal decision maker and neutral observer per Rule's provisions, Order would suggest a complete miscarriage of justice.

In conclusion I pray that this Court, in the interest of justice, reinstate this case and issue its Writ to Defendant forthwith and find instant settlement and closure.

Executed on this 21st day of August 2006, Honolulu, Hawaii.

By: _Monty, Salamasina Juia: Ottley_
For Me

Montez Salamasina Tuia: Ottley – Federal Detainee # 87604-022
A0162331 – Solitary Confinement
C/O Women's Community Correctional Center - Custodian
42-477 Kalanianaole Highway
Kailua, Oahu, Hawaii 96734

August 9, 2006

WARDEN ERIC TANAKA
Women's Community Correctional Center
42-477 Kalanianaole Highway
Kailua, Oahu, Hawaii 96734
Telephone: (808) 266-9580

Re: Demand for Warrant of Commitment and BOP's Transfer Order

Dear Warden Tanaka,

Pursuant to the provision located in § 16-1905 of Chapter 19 of the District of Columbia's *Particular Actions, Proceedings and Matters*, I HEREBY DEMAND a true copy of my warrant of commitment or detainer along with a true copy of the Bureau of Prison's Transfer Order removing me from Honolulu Federal Detention Center by the Marshal and henceforth placed under your care.

Mahalo for your instant response,

*Montez Salamasina Tuia: Ottley*

Cc: file

**EXHIBIT "A"**