UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTEZ SALAMASINA TUIA: OTTLEY,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **JOHN RATHMAN,** : <br> : <br> **Defendant.** : | <br><br><br><br>Civil Action No. 06-1415 (GK) |

## ORDER

Plaintiff has filed an objection to the Order of this Court of August 21, 2006, transferring this case to the United States District Court for the District of Hawaii. The objection is without merit, and therefore overruled, for the reasons stated in the Order of August 21, 2006.


August 30, 2006                                /s/
                                               Gladys Kessler
                                               United States District Judge


**Copies via ECF to all counsel of record**

**and**

**Montez Salamasina Tuia: Ottley**
**A0162331 - Solitary Confinement**
**c/o Women's Community Correctional Center**
**42-477 Kalanianaole Highway**
**Kailua, Oahu, Hawaii 96734**