Montez Salamasina Tuia: Ottley – Detainee
87604022 – Unit E – F
C/o Dublin FCI - Custodian
5701 8th Street – Camp Parks
Dublin, Calif. 94568
Tel: (925) 833-7500

September 2, 2006

Nancy Mayer Whittington, Clerk
C/O United States District Court
333 Constitutional Ave., N.W.
Washington, D.C. 20001
Phone: (202) 354-3000
Judge: (202) 354-3142 - Laura

Re:   1:06CV01415 Habeas Corpus Suit

Dear Clerk of Court,

Please find enclosed three (3) copies of this letter for filing. I pray that Judge Gladys Kessler gets a copy forwith, as I have been unexpectedly transferred to the address above via a United States Air Force air lift. The transfer appears to have not only offended § 16-1903 of the District of Columbia Code, but has also exploited a United States Air Force DC-10, which only transported me and several United States Marshals directly to Dublin California instead of a regular transfer by way of San Bernardino California. I believe my transfer represents a highly irregular process to evade court's writ attached to my above-entitled suit.

Upon file stamping please return one copy to me in the SASE.

Mahalo for your assistance with regard to this matter.

Aloha pumehana,

*Montez Salamasina Tuia: Ottley*

Cc: file
Enclosures

**RECEIVED**
SEP 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT