# ORIGINAL

Montez Salamasina Tuia: Ottley – Federal Detainee
87604-022
C/o Dublin FCI - Custodian
5701 8th Street – Camp Parks
Dublin, Calif. 94568
Tel: (925) 833-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Montez Salamasina Tuia: Ottley | ) | Civil No. 06-1415 (GK) |
| | ) | [Summons to Issue in the Nature of] |
| Plaintiff, | ) | [    a Writ of Habeas Corpus    ] |
| | ) | |
| v. | ) | |
| | ) | VERIFIED NOTICE OF APPEAL |
| JOHN RATHMAN AS WARDEN FOR | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| FEDERAL DETENTION CENTER – 351 | ) | |
| ELLIOTT ST., HONOLULU HAWAII, | ) | |
| Tel: (808) 838-4200, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Alleges:

## VERIFIED NOTICE OF APPEAL

Notice is hereby given that the above-entitled unrepresented Plaintiff (hereinafter "Me", "My", "Myself", "Mine", and/or "I"), pursuant to Rule 4 of the Federal Rules of Appellate Procedure appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment entered and filed herein on August 30, 2006, which judgment is not attached due to govrnment's unlawful transfers of Me within its institutions.

Executed on this 6th day of September 2006, Dublin, California.

By: _Montez Salamasina Tuia: Ottley_
For Me

**RECEIVED**
SEP 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT